UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE SAPROO,<br><br>                Plaintiff,<br><br>vs.<br><br>MIROMATRIX MEDICAL INC., PAUL BUCKMAN, WILLIAM BURKE, JOHN ERB, PETER MAAG, JEFFREY ROSS, and LISA WIPPERMAN HEINE, | Case No.: 1:23-cv-10384-JGLC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

    Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Christine Saproo ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 14, 2023

                                    **BRODSKY & SMITH**

                                By: *Evan J. Smith*
                                    Evan J. Smith
                                    240 Mineola Boulevard
                                    Mineola, NY 11501
                                    Phone: (516) 741-4977
                                    Facsimile (561) 741-0626

                                    *Attorneys for Plaintiff*